IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOMINIQUE CASEY,** | Case No. 1:21-cv-00855-KES-SKO (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER** |
| **v.** | (Doc. 76) |
| **HADDAD, et al.,** | |
| Defendants. | **ORDER VACATING DISPOSITIVE MOTION FILING DEADLINE** |

Pending before the Court is Defendants' Motion to Modify the Discovery and Scheduling Order. Good cause appearing, the Court **HEREBY ORDERS** that Defendants' motion is GRANTED. The dispositive motion deadline, currently set for February 20, 2026, is VACATED. The Court will reset the dispositive motion deadline, if necessary, after it decides Defendants' pending third motion to compel.

IT IS SO ORDERED.

Dated:   **February 23, 2026**                    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

1