UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOMINIQUE ZAFIR CASEY,

Plaintiff,

v.

HADDAD, et al.,

Defendants.

Case No. 1:21-cv-00855-KES-EGC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO TERMINATE THIS ACTION BASED ON PLAINTIFF'S FAILURE TO COOPERATE IN DISCOVERY

Docs. 75, 79

Plaintiff Dominique Zafir Casey is a former state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 9, 2026, the assigned magistrate judge issued findings and recommendations, recommending this action be terminated for plaintiff's failure to cooperate in discovery. Doc. 79. Any objections were to be filed within 14 days. *Id*. at 9. No objections have been filed and the time to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

///

///

Accordingly:

1. The findings and recommendations issued on June 9, 2026, Doc. 79, are adopted in full;
2. Defendants' motion filed February 20, 2026, Doc. 75, is granted with modification:
    a. Defendants' request to dismiss this action as a terminating sanction for plaintiff's willful refusal to properly participate in a third deposition and failure to produce documents is granted; and
    b. Defendants' request for $2,832.80 in monetary sanctions is granted and stayed;
3. This action is dismissed, with prejudice, for plaintiff's failure to comply with court orders; and
4. The Clerk of the Court is directed to terminate any motions or deadlines and to close this case.

IT IS SO ORDERED.

Dated: July 18, 2026

UNITED STATES DISTRICT JUDGE